# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0200
Lower Tribunal No. CF16-006991-XX

_____

ANDRE WARNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and WOZNIAK, JJ., concur.


Shiobhan Olivero, of Olivero Law, P.A., Brandon, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED